DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:         robert.bonta@sfgov.org

Attorneys for Defendant
SHERIFF'S DEPUTY SALVADOR ALCALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HAMPTON,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY ALCALA, BADGE NO. 1808, SAN FRANCISCO SHERIFF'S DEPARTMENT, ET AL.<br><br>Defendants. | Case No.: 06-CV-00504-PJH (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR FOURTEEN-DAY CONTINUANCE OF DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT RE NONEXHAUSTION<br><br>Trial Date: Not Set |

1  On August 13, 2007, defendants SHERIFF'S DEPUTY SALVADOR ALCALA
2  ("Defendants") requested a fourteen-day continuance of the Court's deadline for defendants to file a
3  motion for summary judgment re nonexhaustion in this matter, from August 30, 2007 to September
4  13, 2007.

5  After full consideration of the briefing and the supporting declarations of counsel, the Court
6  rules as follows:

7  The Court hereby GRANTS Defendant's Administrative Request For Fourteen-Day
8  Continuance Of Deadline For Filing Motion For Summary Judgment Re Nonexhaustion.  Defendants
9  will have until September 13, 2007 to file their motion for summary judgment.

10  IT IS SO ORDERED.

12  Dated: 8/20/07

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRNTG DEFS. ADMIN. REQ.
Case No.: 06-CV-00504-PJH (PR)

2

n:\lit\li2007\070710\00431645.doc

# PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 15, 2007, I served the following document:

**[PROPOSED] ORDER GRANTING DEFENDANTS ADMINISTRATIVE REQUEST FOR THIRTY-DAY CONTINUANCE OF DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT**

on the following persons at the locations specified:

**Dale Hampton
101 Hyde Street
San Francisco, CA 94102**

**Change of Address per NTC Filed by Pltf.
on 6.28.07**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 15, 2007, at San Francisco, California.

/s/ _____
FOLASHADE ADESANWO